**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 307 MAL 2018

          Respondent                     :

                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court

          v.                            :

                                    :

RICHARD HALL,                     :

                                    :

          Petitioner                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.